# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KILILIS, RIDINGS & VONAU, P.C.  § Case No. 15-80490
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 03/28/2016 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 02/01/2016        By: /s/BERNARD J. NATALE
                                     Trustee

BERNARD J. NATALE
1639 N ALPINE RD SUITE 401
EDGEBROOK OFFICE CENTER
ROCKFORD, IL  61107
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KILILIS, RIDINGS & VONAU, P.C.    § Case No. 15-80490
       §
       §
Debtor(s)  §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,500.00 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 7,490.00 |
| **Balance on hand:** | $ 7,490.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,490.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,500.00 | 0.00 | 1,500.00 |
| Attorney for Trustee, Fees - ATTY. BERNARD J. NATALE | 2,961.25 | 0.00 | 2,961.25 |
| Attorney for Trustee, Expenses - ATTY. BERNARD J. NATALE | 15.28 | 0.00 | 15.28 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,476.53 |
| Remaining balance: | $ 3,013.47 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,013.47 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $667.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-2 | Internal Revenue Service | 667.66 | 0.00 | 667.66 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 667.66 |
| Remaining balance: | $ | 2,345.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 184,425.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-2 | Internal Revenue Service | 7,020.00 | 0.00 | 89.29 |
| 2 | BMO Harris Bank | 177,405.55 | 0.00 | 2,256.52 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,345.81 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $     0.00
Remaining balance:  $     0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
1639 N ALPINE RD SUITE 401
EDGEBROOK OFFICE CENTER
ROCKFORD, IL  61107
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                               Case No. 15-80490-TML
Kililis, Ridings & Vonau, P.C.                                       Chapter 7
          Debtor
                                CERTIFICATE OF NOTICE
District/off: 0752-3          User: ldixon                 Page 1 of 1           Date Rcvd: Mar 04, 2016
                              Form ID: pdf006              Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2016.
db             +Kililis, Ridings & Vonau, P.C.,    380 Terra Cotta Road,    Suite K,
                 Crystal Lake, IL 60012-1809
22975755       +BMO Harris Bank,    c/o Attorney Matthew M. Hevrin,    100 Park Avenue,    Rockford, IL 61101-1099
22975756       +Capital One,    PO Box 70886,   Charlotte, NC 28272-0886
22975757       +Crystal Lake Professional Center Co,    c/o Robert A. Roth, RA,    454 W. Virginia Street,
                 Crystal Lake, IL 60014-5966
22975758       +Elizabeth Vonau,    380 N. Terra Cotta Road,    Unit K,   Crystal Lake, IL 60012-1809
22975759      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
               (address filed with court:  Illinois Department of Revenue,    P.O. Box 19035,
                 Springfield, IL 62794-9035)
22975761        Q & A Reporting, INc.,    7115 Virginia Road,    Suite 105,   Deerfield, IL 60015
22975762       +Sansone & Associates, P.C.,    850 S. McHenry Avenue,    Unite D,   Crystal Lake, IL 60014-7442
22975764       +Westlaw/Thomas Reuters,    Account Management,    610 Opperman Drive,    Saint Paul, MN 55123-1340
22975763       +Westlaw/Thomas Reuters,    Alliant Mngmnt,    610 Opperman Drive,   Saint Paul, MN 55123-1340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22975760         E-mail/Text: cio.bncmail@irs.gov Mar 05 2016 00:34:29     Internal Revenue Service,
                  Cincinnati, OH 45999-0030
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2016 at the address(es) listed below:
          Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
          Bernard J Natale    natalelaw@bjnatalelaw.com,    bnatale@ecf.epiqsystems.com
          Matthew M. Hevrin    on behalf of Creditor    BMO Harris Bank, N.A., f/k/a Harris N.A., as the
           assignee of the Federal Deposit Insurance Corporation as the receiver for Amcore Bank, N.A.
           mhevrin@hinshawlaw.com,    jfornal@hinshawlaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Tiffany  Rodriguez    on behalf of Debtor 1   Kililis, Ridings & Vonau, P.C. trodriguez@bslbv.com
                                                                                              TOTAL: 5
```