# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: §
§
§
KILILIS RIDINGS & VO P. C.  § Case No. 15-80490
§
§
Debtor §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 3.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 3,013.47 | Claims Discharged Without Payment: 485,291.36 |
| Total Expenses of Administration: 4,486.53 | |

3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,486.53 | 4,486.53 | 4,486.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 81,670.62 | 667.66 | 667.66 | 667.66 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 221,541.00 | 184,425.55 | 184,425.55 | 2,345.81 |
| **TOTAL DISBURSEMENTS** | $ 303,211.62 | $ 189,579.74 | $ 189,579.74 | $ 7,500.00 |

4) This case was originally filed under chapter 7 on 02/25/2015. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/18/2016         By: /s/BERNARD J. NATALE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Business Checking Account | 1129-000 | 1,500.00 |
| Business Equipment (miscellneous desks, computer | 1129-000 | 3,000.00 |
| Security Deposit with Landlord | 1129-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| Associated Bank | 2600-000 | NA | 0.00 | 0.00 | 0.00 |
| Rabobank, N.A. | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| ATTY. BERNARD J. NATALE | 3110-000 | NA | 2,961.25 | 2,961.25 | 2,961.25 |
| ATTY. BERNARD J. NATALE | 3120-000 | NA | 15.28 | 15.28 | 15.28 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,486.53 | $ 4,486.53 | $ 4,486.53 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elizabeth Vonau<br>380 N. Terra Cotta Road<br>Unit K X<br>Crystal Lake, IL 60012 | | 72,000.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 627949035 | | 309.09 | NA | NA | 0.00 |
| | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 627949035 | | 1,911.00 | NA | NA | 0.00 |
| | Internal Revenue Service<br>Cincinnati, OH 459990030 | | 317.12 | NA | NA | 0.00 |
| | Internal Revenue Service<br>Cincinnati, OH 459990030 | | 7,133.41 | NA | NA | 0.00 |
| 1P-2 | Internal Revenue Service | 5800-000 | NA | 667.66 | 667.66 | 667.66 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 81,670.62 | $ 667.66 | $ 667.66 | $ 667.66 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank c/o Attorney Matthew M. Hevrin 100 Park Avenue Rockford, IL 61105 | | 175,514.00 | NA | NA | 0.00 |
| | Capital One PO Box 70886 Charlotte, NC 282729903 | | 3,877.00 | NA | NA | 0.00 |
| | Crystal Lake Professional Center Co c/o Robert A. Roth, RA 454 W. Virginia Street Crystal Lake, IL 60014 | | 15,000.00 | NA | NA | 0.00 |
| | Q & A Reporting, INc. 7115 Virginia Road Suite 105 Deerfield, IL 60015 | | 425.00 | NA | NA | 0.00 |
| | Sansone & Associates, P.C. 850 S. McHenry Avenue Unit D Crystal Lake, IL 60014 | | 2,100.00 | NA | NA | 0.00 |
| | Westlaw/Thomas Reuters Account Management 610 Opperman Drive Saint Paul, MN 55123 | | 12,480.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Westlaw/Thomas Reuters Alliant Mngmnt 610 Opperman Drive Saint Paul, MN 55123 | | 12,145.00 | NA | NA | 0.00 |
| 2 | BMO Harris Bank | 7100-000 | NA | 177,405.55 | 177,405.55 | 2,256.52 |
| 1U-2 | Internal Revenue Service | 7100-000 | NA | 7,020.00 | 7,020.00 | 89.29 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 221,541.00 | $ 184,425.55 | $ 184,425.55 | $ 2,345.81 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-80490 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | KILILIS RIDINGS & VO P. C. | | | | Date Filed (f) or Converted (c): | 02/25/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/26/2015 |
| For Period Ending: | 05/18/2016 | | | | Claims Bar Date: | 07/08/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Business Checking Account | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 2.  IOLTA - Crystal lake Bank & Trust | 0.00 | 0.00 | | 0.00 | FA |
| 3.  Business Checking Account - Crystal Lake Bank & | 0.00 | 0.00 | | 0.00 | FA |
| 4.  Security Deposit with Landlord | 4,000.00 | 3,000.00 | | 3,000.00 | FA |
| 5.  George Kililis | 1.00 | 1.00 | | 0.00 | FA |
| 6.  Jeannie Ridings | 1.00 | 1.00 | | 0.00 | FA |
| 7.  Elizabeth Vonau | 1.00 | 1.00 | | 0.00 | FA |
| 8.  Past client receivables | 0.00 | 0.00 | | 0.00 | FA |
| 9.  Business Equipment (miscellneous desks, computer | 4,000.00 | 3,000.00 | | 3,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $9,503.00     $7,503.00     $7,500.00     $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO RECOVER VALUE OF BANK ACCOUNTS, FURNITURE, FIXTURES AND SECURITY DEPOSIT.

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 9 | -- | Imported from original petition Doc# 9 |

Initial Projected Date of Final Report (TFR): 07/30/2016     Current Projected Date of Final Report (TFR): 07/30/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-80490 | Trustee Name: BERNARD J. NATALE |
| Case Name: KILILIS RIDINGS & VO P. C. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8103 |
| | Checking |
| Taxpayer ID No: XX-XXX9421 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 05/18/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $7,490.00 | | $7,490.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,480.00 |
| 03/10/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) Credit of February Bank Service Fee | 2600-000 | | ($10.00) | $7,490.00 |
| 03/30/16 | 5001 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL 61107 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,500.00 | $5,990.00 |
| 03/30/16 | 5002 | ATTY. BERNARD J. NATALE 1639 N ALPINE ROAD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL 61107 | Distribution | | | $2,976.53 | $3,013.47 |
| | | ATTY. BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($2,961.25) | 3110-000 | | | |
| | | ATTY. BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($15.28) | 3120-000 | | | |
| 03/30/16 | 5003 | Internal Revenue Service Cincinnati, OH 45999-0030 | Distribution | | | $756.95 | $2,256.52 |
| | | Internal Revenue Service | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($667.66) | 5800-000 | | | |
| | | Internal Revenue Service | Final distribution to claim 1 representing a payment of 1.27 % per court order. ($89.29) | 7100-000 | | | |
| 03/30/16 | 5004 | BMO Harris Bank c/o Attorney Matthew M. Hevrin 100 Park Avenue Rockford, IL 61101 | Final distribution to claim 2 representing a payment of 1.27 % per court order. | 7100-000 | | $2,256.52 | $0.00 |

| | | | Page Subtotals: | | $7,490.00 | $7,490.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,490.00 | $7,490.00 |
| Less: Bank Transfers/CD's | $7,490.00 | $0.00 |
| Subtotal | $0.00 | $7,490.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $7,490.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-80490
Case Name: KILILIS RIDINGS & VO P. C.
Taxpayer ID No: XX-XXX9421
For Period Ending: 05/18/2016

Trustee Name: BERNARD J. NATALE
Bank Name: Rabobank, N.A.
Account Number/CD#: XXXXXX66
Checking Account
Blanket Bond (per case limit): $3,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/16 | | Elizabeth Vonau | Pymt on Compromise | | $7,500.00 | | $7,500.00 |
| | | | Gross Receipts   $7,500.00 | | | | |
| | 1 | | Business Checking Account   $1,500.00 | 1129-000 | | | |
| | 4 | | Security Deposit with Landlord   $3,000.00 | 1129-000 | | | |
| | 9 | | Business Equipment   $3,000.00 (miscellneous desks, computer | 1129-000 | | | |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $7,490.00 |
| 02/24/16 | | Transfer to Acct # xxxxxx8103 | Transfer of Funds | 9999-000 | | $7,490.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $7,500.00 | $7,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $7,490.00 |
| Subtotal | $7,500.00 | $10.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,500.00 | $10.00 |

Page Subtotals:   $7,500.00   $7,500.00

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66 - Checking Account | $7,500.00 | $10.00 | $0.00 |
| XXXXXX8103 - Checking | $0.00 | $7,490.00 | $0.00 |
|  | $7,500.00 | $7,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,500.00 |
| Total Gross Receipts: | $7,500.00 |

Page Subtotals: $0.00  $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*